```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
GILBERTO DONE,

                    Plaintiff,         20-cv-4194 (JGK)

        - against -                    ORDER

PEAPOD LLC, ET AL.,

                    Defendants.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The parties should provide the Court with a status report by **August 28, 2020.**

**SO ORDERED.**

Dated:   **New York, New York**
         **August 13, 2020**        __/s/ John G. Koeltl_____
                                       **John G. Koeltl**
                                **United States District Judge**