UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────
GILBERTO DONE,

               Plaintiff,        20 cv 4194

                                  ORDER

    - against -

PEAPOD LLC and JOSHUA MULLER,

              Defendants.
────────────────────────────────
JOHN G. KOELTL, District Judge:

    The defendants may depose the plaintiff for an additional 3.5 hours. The deposition is to be completed by December 30, 2020.

    SO ORDERED.

Dated:    New York, New York
          December 15, 2020        /s/ John G. Koeltl
                                           John G. Koeltl
                                United States District Judge