UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILBERTO DONE,

                Plaintiff,        20-cv-4194 (JGK)

  - against -                 ORDER

PEAPOD LLC ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons explained at the teleconference held today, the defendants' motion for summary judgment is **denied**. The Clerk is directed to close ECF Nos. 33 and 38.

    The time to file a joint pre-trial order, voir dire, proposed jury instructions, and motions in limine is **August 19, 2022**. Responses and objections are due **September 9, 2022**. The case is ready for trial, 48 hours' notice, on **September 16, 2022**.

SO ORDERED.

Dated:    New York, New York
            July 18, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge