UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILBERTO DONE,

                    Plaintiff,

          -against-                                  20-cv-04194 (JLR)

PEAPOD LLC and JOSHUA MULLER,                        **ORDER**

                    Defendants.

JENNIFER L. ROCHON, United States District Judge

     The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 19, 2022 Reassignment Order.  ECF No. 59.

     IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on October 12, 2022, at 10:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  October 4, 2022                              SO ORDERED.
        New York, New York

                                                    _____
                                                    JENNIFER L. ROCHON
                                                    United States District Judge