UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERTO DONE,<br><br>        Plaintiff,<br><br>  -against-<br><br>PEAPOD LLC and JOSHUA MULLER,<br><br>        Defendants. | 20-CV-04194 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record during the status conference held on October 13, 2022: the parties shall file a joint status report by **November 3, 2022**. The parties shall report whether they have reached a settlement, or selected a private mediator and scheduled a mediation session. If the matter has not settled, or a mediation has not been scheduled, the Court will promptly schedule dates for filing the Joint Pretrial Order and other pretrial submissions.

Dated: October 13, 2022
    New York, New York

                   SO ORDERED.

                   JENNIFER L. ROCHON
                   United States District Judge